*The Estate of Cindy Lou Hill, by and through its personal representative, Joseph A. Grube; and Cynthia Metsker, individually vs. Naphcare, Inc., et al.*

*No. 2:20-cv-00410-MKD*

-------------------------------------------------------------------------------------------------------

Exhibits to Reply Declaration of Edwin S. Budge

## Screenshot Comparison of Videos

## Exhibits A and A.1

**Exhibit A: Screenshot from Spoliated 2W27 Hallway Video at 9:10:22 a.m.**



**Exhibit A.1: Screenshot from "Other Video" at 9:10:22 a.m.**

