*The Estate of Cindy Lou Hill, by and through its personal representative, Joseph A. Grube; and Cynthia Metsker, individually vs. Naphcare, Inc., et al.*

*No. 2:20-cv-00410-MKD*

--------------------------------------------------------------------------------------------------------

Exhibits to Reply Declaration of Edwin S. Budge

# Screenshot Comparison of Videos

# Exhibits C and C.1

**Exhibit C: Screenshot from Spoliated 2W27 Hallway Video at 4:28:27 p.m.**



**Exhibit C.1: Screenshot from "Other Video" at 4:28:27 p.m.**

