*The Estate of Cindy Lou Hill, by and through its personal representative, Joseph A. Grube; and Cynthia Metsker, individually vs. Naphcare, Inc., et al.*

*No. 2:20-cv-00410-MKD*

--------------------------------------------------------------------------------------------------------

Exhibit to Reply Declaration of Edwin S. Budge

# Exhibit F

## Edwin Budge

| | |
|---|---|
| **From:** | John Justice <jjustice@lldkb.com> |
| **Sent:** | Tuesday, January 4, 2022 1:02 PM |
| **To:** | Hank Balson; Erin Ehlert; Ketia B. Wick; Shannon L. Clark; Alisha P. Chand; Kenya C. Owens; Edwin Budge; Sally Hartmann |
| **Cc:** | Tod Monroe; Lisa Gates; tam truong |
| **Subject:** | RE: E-Service: Hill v. NaphCare: Spokane County's Supplemental Discovery |

Counsel,

In the course of preparing the County's response to plaintiffs' spoliation motion, my office was creating a list of the Jail videos that were produced in discovery. There is a seven hour and twenty six minute video that depicts the hallway outside of 2W27 on 8/25/18 from approximately 9:30 a.m. until 5 p.m.. It is in folder "share_309851" and is video 1-2W Front Door-C32_20180825T160900.000Z_0. I believed that all Jail video had already been produced, but it appears that this segment was somehow not included and that oversight was not discovered until this week. I don't know how this happened, but I am in the process of uploading all the videos my office has and will forward the dropbox link as soon as the uploading process is complete.

Sincerely,

*John E. Justice*

Law, Lyman, Daniel, Kamerrer &
Bogdanovich, P.S.
P.O. Box 11880, Olympia, WA 98508
Direct Line: (360) 764-7727
e-mail: jjustice@lldkb.com
website: www.lldkb.com

**From:** John Justice
**Sent:** Friday, December 17, 2021 11:54 AM
**To:** Hank Balson <hank@budgeandheipt.com>; Erin Ehlert <erine@favros.com>; Ketia B. Wick <ketia@favros.com>; Shannon L. Clark <shannon@favros.com>; Alisha P. Chand <alisha@favros.com>; Kenya C. Owens <kenya@favros.com>; Edwin Budge <ed@budgeandheipt.com>; Sally Hartmann <sally@budgeandheipt.com>
**Cc:** Tod Monroe <tmonroe@lldkb.com>; Lisa Gates <lisa@lldkb.com>; tam truong <tam@lldkb.com>
**Subject:** E-Service: Hill v. NaphCare: Spokane County's Expert Witness Disclosure

Please see attached.

Thanks,

*John E. Justice*

Law, Lyman, Daniel, Kamerrer &
Bogdanovich, P.S.

P.O. Box 11880, Olympia, WA 98508
Direct Line: (360) 764-7727
e-mail: jjustice@lldkb.com
website: www.lldkb.com