Budge & Heipt, PLLC
808 E. Roy St.
Seattle, WA 98102
(206) 624-3060

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE ESTATE OF CINDY LOU HILL, by and through its personal representative, Joseph A. Grube; and CYNTHIA METSKER, individually,<br><br>     Plaintiffs,<br><br>  vs.<br><br>NAPHCARE, INC, an Alabama corporation; HANNAH GUBITZ, individually; and SPOKANE COUNTY, a political subdivision of the State of Washington,<br><br>     Defendants. | No. 2:20-cv-00410-MKD<br><br>PLAINTIFFS' SUBMISSION OF MATERIALS IN CONNECTION WITH ORAL ARGUMENT |

  Pursuant to the Court's order during oral argument on Plaintiffs' Rule 37(e) Motion for Default Judgment and Other Sanctions Against Defendant Spokane County for Spoliation of Evidence (ECF 28), Plaintiffs submit the exhibits attached hereto.

PLAINTIFFS' SUBMISSION OF
ADDITIONAL MATERIALS

BUDGE⊛HEIPT, PLLC
ATTORNEYS AT LAW
808 E. Roy St.
SEATTLE, WA 98102
TELEPHONE: (206) 624-3060

1   Respectfully submitted this 8th day of February, 2022.

2   **BUDGE & HEIPT, PLLC**

3

4   *s/ Edwin S. Budge*
    Edwin S. Budge, WSBA #29250
    Hank Balson, WSBA #29250
    Erik J. Heipt, WSBA #28113
    808 E. Roy St.
    Seattle, WA 98102
    hank@budgeandheipt.com
    ed@budgeandheipt.com
    erik@budgeandheipt.com
    (206) 624-3060
    Attorneys for Plaintiffs

PLAINTIFFS' SUBMISSION OF
ADDITIONAL MATERIAL

BUDGE & HEIPT, PLLC
ATTORNEYS AT LAW
808 E. Roy St.
SEATTLE, WA 98102
TELEPHONE: (206) 624-3060

# CERTIFICATE OF SERVICE

The undersigned certifies that on the date stated below this document was filed with the Clerk of the Court for the United States District Court for the Eastern District of Washington, via the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Ketia B. Wick, WSBA #27219<br>Erin E. Ehlert, WSBA #26340<br>Fain Anderson VanDerhoef Rosendahl<br>701 Fifth Avenue, Suite 4750<br>Seattle, WA 98104<br>ketia@favros.com<br>erine@favros.com<br>Attorneys for Defendants NaphCare,<br>Inc., and Hannah Gubitz | John E. Justice, WSBA #23042<br>Law, Lyman, Daniel, Kamerrer &<br>Bogdanovich, P.S.<br>PO Box 11880<br>Olympia WA 98508<br>jjustice@lldkb.com<br>(360) 754-3480<br>Attorney for Defendant Spokane<br>County |

Dated this 8th day of February, 2022.

                                   s/ Edwin S. Budge
                                   Edwin S. Budge

PLAINTIFFS' SUBMISSION OF ADDITIONAL MATERIAL

BUDGE & HEIPT, PLLC
ATTORNEYS AT LAW
808 E. Roy St.
SEATTLE, WA 98102
TELEPHONE: (206) 624-3060