*The Estate of Cindy Lou Hill, by and through its personal representative, Joseph A. Grube; and Cynthia Metsker, individually vs. Naphcare, Inc., et al.*

Case No. 2:20-cv-00410-MKD

Plaintiffs' Submission of Materials in
Connection with Oral Argument

EXHIBITS



Exhibit A: Screenshot from Spoliated 2W27 Hallway Video at 9:10:22 a.m.



Exhibit B:  Screenshot from Spoliated 2W27 Hallway Video at 4:26:46 p.m.

Exhibit D:  Screenshot from Spoliated 2W27 Hallway Video at 5:25:19 p.m.



Exhibit E:  Screenshot from Spoliated 2W27 Hallway Video at 5:26:32 p.m.



10

Exhibit A.1: Screenshot from "Other Video" at 9:10:22 a.m.



11







13





15





16