# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ESTATE OF CINDY LOU HILL, by and through its personal representative, Joseph A. Grube; and CYNTHIA METSKER, individually, <br><br>　　　　　　　　Plaintiffs, <br>v. <br><br>NAPHCARE, INC, an Alabama corporation; HANNAH GUBITZ, individually; and SPOKANE COUNTY, a political subdivision of the State of Washington, <br>　　　　　　　　Defendants. | Case No. 2:20-CV-0410-MKD <br><br> CIVIL MINUTES <br><br> DATE: 3/23/2022 <br><br> LOCATION: Spokane <br><br> MOTION HEARING |

### JUDGE MARY K. DIMKE

| Linda Hansen | LC 02 | | Ronelle Corbey |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| **Edwin S Budge** and **Hank L Balson** | | **John E Justice** *for Def Spokane County* <br> **Erin Ehlert** *for Def Naphcare and Gubitz* | |
| **Plaintiff's Counsel** | | **Defense Counsel** | |

[ X ] Open Court　　　　　[ ] Chambers　　　　　[ ] Video-Conference

All parties present in courtroom.　The Court has reviewed the submissions of the parties.

　Motion before the Court: *Defendant's Motion for Summary Judgment, ECF No. 37.*

　John Justice presented argument in support of Defendant's Motion.
　Hank Balson argued in opposition.
　Mr. Justice argued in reply.
　Additional comments by Mr. Balson.

The Court questioned counsel and heard additional comments from Mr. Budge, Mr. Justice and Erin Ehlert on the motion for sanctions regarding spoilation of evidence.
If the parties would like to submit a proposed jury instruction; they may do so within seven days, responses will be due seven days from the response date.

The Court took the matter under advisement and will issue a written order within 30 days.

| CONVENED: 1:30 PM | ADJOURNED: 3:02 PM | TIME: 1 HR/ 32 MINS | ORDER FORTHCOMING [ X ] |
|---|---|---|---|