AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 12, 2022

SEAN F. McAVOY, CLERK

| | |
|---|---|
| ESTATE OF CINDY LOU HILL, by and through its personal representative, Joseph A. Grube, and CYNTHIA METSKER, individually,<br>*Plaintiffs*<br>v.<br>NAPHCARE, INC., an Alabama corporation; HANNA GUBITZ, individually; and SPOKANE COUNTY, a political subdivision of the State of Washington,<br>*Defendants* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>Civil Action No.   2:20-cv-00410-MKD |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑ other:  Plaintiffs' Rule 37(e) Motion for Default Judgment and Other Sanctions Against Defendant Spokane County for Spoliation of Evidence, ECF No. 28, is GRANTED.  Default Judgment as to liability is entered in favor of Plaintiffs on their negligence and § 1983 claims against Defendant Spokane County.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge _____ Mary K. Dimke _____ on the Plaintiffs' Rule 37(e) Motion for Default Judgment.

Date:  05/12/2022 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Lilly Savchuk _____
*(By) Deputy Clerk*

Lilly Savchuk _____