Budge & Heipt, PLLC
808 E. Roy St.
Seattle, WA 98102
(206) 624-3060

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE ESTATE OF CINDY LOU HILL, by and through its personal representative, Joseph A. Grube; and CYNTHIA METSKER, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>NAPHCARE, INC, an Alabama corporation; HANNAH GUBITZ, individually; and SPOKANE COUNTY, a political subdivision of the State of Washington,<br><br>Defendants. | No. 2:20-cv-00410-MKD<br><br>PLAINTIFFS' EXHIBIT LIST |

PLAINTIFFS' EXHIBIT LIST – Page 1

BUDGE & HEIPT, PLLC
ATTORNEYS AT LAW
808 E. Roy St.
SEATTLE, WA 98102
TELEPHONE: (206) 624-3060

Plaintiffs expect to introduce some or all of the following exhibits at trial:

| Exhibit No. | Description |
|---|---|
| 1. | NaphCare receiving screening of Cindy Hill (8/21/18) |
| 2. | NaphCare initial assessment of Cindy Hill (8/21/18) |
| 3. | NaphCare progress notes regarding Cindy Hill (August 2018) |
| 4. | NaphCare COWS assessments of Cindy Hill (August 2018) |
| 5. | Medical Watch General Observation form (8/25/18) |
| 6. | 8/26/18 e-mail from Gubitz to Ordaz and O'Neill |
| 7. | 8/26/18 – 8/27/18 e-mail string Re: Spokane |
| 8. | Cindy Hill autopsy report |
| 9. | NaphCare death summaries regarding Cindy Hill |
| 10. | NaphCare M&M Committee minutes (10/15/18) |
| 11. | NaphCare M&M Committee minutes (1/14/19) |
| 12. | Death review by Steven Hammond |
| 13. | 1/3/19 e-mail from Maple to Ordaz |
| 14. | NaphCare employee time detail (August 2018) |
| 15. | SCDC policy regarding Inmate Safety Checks |
| 16. | SCDC policy regarding Watch Cells |
| 17. | Medical animation (*to be offered for illustrative purposes only*) |
| 18. | NaphCare Healthcare Policy & Procedure Manual |
| 19. | Photo showing Cells 2W-27 and 2W-28 |
| 20. | Photo showing Cell 2W-27 door |
| 21. | Photo showing Medical Watch General Observation form posted on door of Cell 2W-27 |
| 22. | Photo showing food slot in cell door (with food) |
| 23. | Photo showing interior of Cell 2W-27 |
| 24. | Photo showing interior of Cell 2W-27 |
| 25. | Photo showing bodily fluid on cell floor |
| 26. | Photo of Cindy Hill with Cynthia as a baby |
| 27. | Photo of Cindy Hill with Cynthia and Cody |

BUDGE & HEIPT, PLLC
ATTORNEYS AT LAW
808 E. Roy St.
SEATTLE, WA 98102
TELEPHONE: (206) 624-3060

| 28. | Photo of Cindy Hill with Cynthia - birthday |
|---|---|
| 29. | Video of 3W lower tier |
| 30. | Photo of Spokane County Jail (*to be offered for illustrative purposes only*) |

Plaintiff may use other documents and materials produced or generated in this action, not listed above, solely for impeachment purposes.

Respectfully submitted this 12th day of May, 2022.

**BUDGE & HEIPT, PLLC**
808 E. Roy St.
Seattle, WA 98102

s/ Hank Balson
Edwin S. Budge, WSBA #24182
Hank Balson, WSBA #29250
Erik J. Heipt, WSBA #28113
hank@budgeandheipt.com
ed@budgeandheipt.com
erik@budgeandheipt.com
(206) 624-3060
Attorneys for Plaintiffs

PLAINTIFFS' EXHIBIT LIST – Page 3

BUDGE & HEIPT, PLLC
ATTORNEYS AT LAW
808 E. Roy St.
SEATTLE, WA 98102
TELEPHONE: (206) 624-3060

# CERTIFICATE OF SERVICE

The undersigned certifies that on the date stated below this document was filed with the Clerk of the Court for the United States District Court for the Eastern District of Washington, via the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Ketia B. Wick, WSBA #27219<br>Erin E. Ehlert, WSBA #26340<br>Fain Anderson VanDerhoef Rosendahl<br>701 Fifth Avenue, Suite 4750<br>Seattle, WA 98104<br>ketia@favros.com<br>erine@favros.com<br>Attorneys for Defendants NaphCare, Inc., and Hannah Gubitz | John E. Justice, WSBA #23042<br>Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S.<br>PO Box 11880<br>Olympia WA 98508<br>jjustice@lldkb.com<br>(360) 754-3480<br>Attorney for Defendant Spokane County |

Dated this 12th day of May, 2022.

s/ Hank Balson
Hank Balson

PLAINTIFFS' EXHIBIT LIST – Page 4

BUDGE & HEIPT, PLLC
ATTORNEYS AT LAW
808 E. Roy St.
SEATTLE, WA 98102
TELEPHONE: (206) 624-3060