Budge & Heipt, PLLC
808 E. Roy St.
Seattle, WA 98102
(206) 624-3060

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE ESTATE OF CINDY LOU HILL, by and through its personal representative, Joseph A. Grube; and CYNTHIA METSKER, individually,<br><br>     Plaintiffs,<br><br>  vs.<br><br>NAPHCARE, INC, an Alabama corporation; HANNAH GUBITZ, individually; and SPOKANE COUNTY, a political subdivision of the State of Washington,<br><br>     Defendants. | No. 2:20-cv-00410-MKD<br><br>PLAINTIFFS' WITNESS LIST |

PLAINTIFFS' WITNESS LIST – Page 1

Plaintiffs expect to call some or all of the following witnesses at trial:

## EXPERT WITNESSES

1. <u>Andy S. Barnett</u>, MD. Dr. Barnett will testify about the topics and information contained in his detailed Fed. R. Civ. P. 26(a)(2) report in this matter, a copy of which will be submitted to the Court at Dimkeorders@waed.uscourts.gov.

2. <u>Lori Roscoe</u>, DNP, APRN. Dr. Roscoe will testify about the topics and information contained in her detailed Fed. R. Civ. P. 26(a)(2) report in this matter, a copy of which will be submitted to the Court at Dimkeorders@waed.uscourts.gov.

3. <u>Sebastian D. Schubl</u>, MD. Dr. Schubl will testify about the topics and information contained in his detailed Fed. R. Civ. P. 26(a)(2) report in this matter, a copy of which will be submitted to the Court at Dimkeorders@waed.uscourts.gov.

BUDGE&HEIPT, PLLC
ATTORNEYS AT LAW
808 E. Roy St.
SEATTLE, WA 98102
TELEPHONE: (206) 624-3060

# FACT WITNESSES

1. <u>Sally S. Aiken, MD</u>. Former Medical Examiner, Spokane County. Plaintiffs may call Dr. Aiken to testify about the cause of Cindy Hill's death, and the other findings and conclusions of her autopsy of Ms. Hill.

2. <u>Diane Burnett</u>. Sister of Cindy Hill. Plaintiffs may call Ms. Burnett to testify about Cindy Hill's life, Ms. Hill's relationship with her daughter, Cynthia Metsker, loss-of-life damages, and the damages Ms. Metsker has suffered as a result of Ms. Hill's death.

3. <u>Tren Byington</u>. Corrections Officer, Spokane County Jail. Plaintiffs may call Mr. Byington to testify about the facts pertaining to Cindy Hill's detention and death, the "medical watch" practice at the Spokane County Jail, and other related topics as explored in his deposition.

4. <u>Emily Feely, MD</u>. Former Chief Medical Officer, NaphCare, Inc. Plaintiffs may call Dr. Feely to testify about her former role as NaphCare's Chief Medical Officer, NaphCare's contract with Spokane County, NaphCare's policies and practices, the facts pertaining to Cindy Hill's detention and death, NaphCare's investigation of Ms. Hill's death, and other related topics as explored in her deposition.

5. <u>Hannah Gubitz</u>. Defendant. Plaintiffs will call Ms. Gubitz to testify about her role with regard to health care at the Spokane County Jail and the facts pertaining to Cindy Hill's detention and death. She also will testify about the

BUDGE & HEIPT, PLLC
ATTORNEYS AT LAW
808 E. Roy St.
SEATTLE, WA 98102
TELEPHONE: (206) 624-3060

"medical watch" practice at the Spokane County Jail and other related topics, as explored in her deposition.

6. <u>Steven Hammond, M.D.</u> Former Medical Director, Washington Department of Corrections. Plaintiffs may call Dr. Hammond to testify about his findings and conclusions pertaining to Ms. Hill's confinement and death, as expressed in the death review he conducted at the request of Spokane County Detention Services Director Michael Sparber. He also may testify about his communications with Mr. Sparber and others on these topics.

7. <u>Lee Harrison</u>. President. NaphCare, Inc. Plaintiffs may call Mr. Harrison to describe NaphCare and the scope of its business, contracts, and services.

8. <u>Donald Hooper</u>. Lieutenant, Spokane County Jail. Plaintiffs may call Mr. Hooper to testify about Spokane County's contract with NaphCare, Inc. and Spokane County Jail's policies and practices, including the "medical watch" practice, as well as other related topics as explored in his deposition and the 30(b)(6) deposition at which he was the designee.

9. <u>Carolyn Hoschka</u>. Former Corrections Officer, Spokane County Jail. Plaintiffs may call Ms. Hoschka to testify about the facts pertaining to Cindy Hill's detention and death, the "medical watch" practice at the Spokane County Jail, and other related topics as explored in her deposition. Plaintiffs may present Ms. Hoschka's testimony live or by video deposition, to the extent permitted.

BUDGE&HEIPT, PLLC
ATTORNEYS AT LAW
808 E. Roy St.
SEATTLE, WA 98102
TELEPHONE: (206) 624-3060

10. <u>Brett Janke</u>. Corrections Officer, Spokane County Jail. Plaintiffs may call Mr. Janke to testify about the "medical watch" practice at the Spokane County Jail, and his inability to substantiate the alleged encounter between Defendant Gubitz and Cindy Hill in the afternoon of August 25, 2018.

11. <u>Jeffrey Maple, MD</u>. Former NaphCare Medical Director at the Spokane County Jail. Plaintiffs may call Dr. Maple to testify about his former role as Medical Director at the Spokane County Jail, NaphCare's contract with Spokane County, NaphCare's policies and practices, the facts pertaining to Cindy Hill's detention and death, NaphCare's investigation of Ms. Hill's death, and other related topics as explored in his deposition.

12. <u>Cynthia Metsker</u>. Plaintiff. Plaintiffs will call Ms. Metsker to testify about her relationship with her mother, Cindy Hill, the damages she has suffered as a result her mother's death, and loss-of-life damages.

13. <u>Matthew Milholland</u>. Corrections Officer, Spokane County Jail. Plaintiffs may call Mr. Milholland to testify about the facts pertaining to Cindy Hill's detention and death, the "medical watch" practice at the Spokane County Jail, and other related topics as explored in his deposition.

14. <u>Jesus Ordaz</u>. Director of Operations for the Western States, NaphCare, Inc. Plaintiffs may call Mr. Ordaz to testify about the topics explored in his deposition, including NaphCare's policies, practices, and customs.

BUDGE & HEIPT, PLLC
ATTORNEYS AT LAW
808 E. Roy St.
SEATTLE, WA 98102
TELEPHONE: (206) 624-3060

15. <u>Steven Richardson</u>. Friend of Cindy Hill. 43 E. Weile Ave., #254, Spokane, WA 99208. (509) 668-8001. Plaintiffs may call Mr. Richardson to testify about Cindy Hill's life, Ms. Hill's relationship with her daughter, Cynthia Metsker, loss-of-life damages, and the damages Ms. Metsker has suffered as a result of Ms. Hill's death.

16. <u>Justin Rogers</u>. Former Certified Medical Assistant, NaphCare, Inc. Plaintiffs may call Mr. Rogers to testify about his inability to substantiate the alleged encounter between Defendant Gubitz and Cindy Hill in the afternoon of August 25, 2018.

17. <u>Michael Sparber</u>. Director, Spokane County Detention Services Department. Plaintiffs may call Mr. Sparber to testify about Spokane County's contract with NaphCare, Inc., Spokane County Jail's policies and practices, including the "medical watch" practice, and other related topics as explored in his deposition.

18. <u>Travis Titchenal</u>. Corrections Officer, Spokane County Jail. Plaintiffs may call Mr. Titchenal to testify about the facts pertaining to Cindy Hill's detention and death, the "medical watch" practice at the Spokane County Jail, and other related topics as explored in his deposition.

19. <u>Jessica Wirth</u>. Corrections Officer, Spokane County Jail. Plaintiffs may call Ms. Wirth to testify about the facts pertaining to Cindy Hill's detention

BUDGE & HEIPT, PLLC
ATTORNEYS AT LAW
808 E. Roy St.
SEATTLE, WA 98102
TELEPHONE: (206) 624-3060

and death, the "medical watch" practice at the Spokane County Jail, and other related topics as explored in her deposition.

20. <u>Connie C. Young</u>. Chief Financial Officer, NaphCare, Inc. Plaintiffs may call Ms. Young to testify about NaphCare's finances, including its profits, losses, assets, and liabilities. Plaintiffs will present Ms. Young's testimony through her declaration, by stipulation of the parties.

21. Any witnesses necessary solely to authenticate documents. (None expected).

Respectfully submitted this 12th day of May, 2022.

**BUDGE & HEIPT, PLLC**
808 E. Roy St.
Seattle, WA 98102

s/ Hank Balson
Edwin S. Budge, WSBA #24182
Hank Balson, WSBA #29250
Erik J. Heipt, WSBA #28113
hank@budgeandheipt.com
ed@budgeandheipt.com
erik@budgeandheipt.com
(206) 624-3060
Attorneys for Plaintiffs

PLAINTIFFS' WITNESS LIST – Page 7

BUDGE & HEIPT, PLLC
ATTORNEYS AT LAW
808 E. Roy St.
SEATTLE, WA 98102
TELEPHONE: (206) 624-3060

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the date stated below this document was filed with the Clerk of the Court for the United States District Court for the Eastern District of Washington, via the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Ketia B. Wick, WSBA #27219<br>Erin E. Ehlert, WSBA #26340<br>Fain Anderson VanDerhoef Rosendahl<br>701 Fifth Avenue, Suite 4750<br>Seattle, WA 98104<br>ketia@favros.com<br>erine@favros.com<br>Attorneys for Defendants NaphCare, Inc., and Hannah Gubitz | John E. Justice, WSBA #23042<br>Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S.<br>PO Box 11880<br>Olympia WA 98508<br>jjustice@lldkb.com<br>(360) 754-3480<br>Attorney for Defendant Spokane County |

Dated this 12th day of May, 2022.

s/ Hank Balson
Hank Balson

PLAINTIFFS' WITNESS LIST – Page 8

BUDGE & HEIPT, PLLC
ATTORNEYS AT LAW
808 E. Roy St.
SEATTLE, WA 98102
TELEPHONE: (206) 624-3060