**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| THE ESTATE OF CINDY LOU HILL, by and through its personal representative, Joseph A. Grube; and CYNTHIA METSKER, individually,<br><br>     Plaintiffs,<br><br>vs.<br><br>NAPHCARE INC., an Alabama corporation; HANNAH GUBITZ, individually; and SPOKANE COUNTY, a politica subdivision of the State of Washington.<br><br>     Defendants. | NO.  2:20-cv-00410-MKD<br><br>**DEFENDANT SPOKANE COUNTY'S TRIAL WITNESS LIST** |

Pursuant to the Case Schedule Order, Dkt. 14, defendant Spokane County submits its

Witness List identify the names and addresses of all witnesses who will or might be called by

defendant, and the general nature of the expected testimony of each.

## A. DEFENDANT SPOKANE COUNTY'S LAY WITNESSES

1. Officer Cameron Akins
  Spokane County Detention Services
  1100 W. Mallon Avenue, Spokane WA 99260
  509-477-2278

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

**Cause No.:  2:20-cv-00410-MKD**

This witness has knowledge of the facts related to the circumstances surrounding Ms. Hill's death.  He is expected to testify concerning his correctional activities, including conducting his rounds on August 25, 2018.  May testify.

2.      Officer Ezra Bocook
        Spokane County Detention Services
        1100 W. Mallon Avenue, Spokane WA 99260
        509-477-2278

This witness has knowledge of the facts related to the circumstances surrounding Ms. Hill's death.  He is expected to testify concerning his correctional activities, including conducting his rounds on August 25, 2018.  May testify.

3.      Officer Tren Byington
        Spokane County Detention Services
        1100 W. Mallon Avenue, Spokane WA 99260
        509-477-2278

This witness has knowledge of the facts related to the circumstances surrounding Ms. Hill's death.  He is expected to testify concerning his correctional activities, including conducting his rounds on August 25, 2018.  Will testify.

4.      Lt. Don Hooper
        Spokane County Detention Services
        1100 W. Mallon Avenue, Spokane WA 99260
        509-477-2278

This witness has knowledge of the facts related to Ms. Hill's death.  May testify.

5.      Carolyn Hoschka, former Spokane County Jail Corrections Officer
        509-844-5557

Ms. Hoschka is expected to testify about her actions on August 25, 2018 at the Spokane County Jail, where she was assigned to cover the area of the Jail where Ms. Hill was housed. She is expected to testify that she conducted cell checks on Ms. Hill on August 25, 2018.  Will testify either live or via Deposition Designation.

6.      Officer Brett Janke
        Spokane County Detention Services
        1100 W. Mallon Avenue, Spokane WA 99260
        509-477-2278

This witness has knowledge of the facts related to the circumstances surrounding Ms. Hill's death.  He is expected to testify concerning his correctional activities, including conducting his rounds on August 25, 2018.  Will testify.

**DEFENDANT SPOKANE COUNTY'S TRIAL WITNESS LIST– 2**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

**Cause No.:  2:20-cv-00410-MKD**

7.  Officer Matthew M. Milholland
    Spokane County Detention Services
    1100 W. Mallon Avenue, Spokane WA 99260
    509-477-2278

This witness has knowledge of the facts related to the circumstances surrounding Ms. Hill's death. He is expected to testify concerning his correctional activities, including conducting his rounds on August 25, 2018. Will testify.

8.  Officer Travis Titchenal
    Spokane County Detention Services
    1100 W. Mallon Avenue, Spokane WA 99260
    509-477-2278

This witness has knowledge of the facts related to the circumstances surrounding Ms. Hill's death. He is expected to testify concerning his correctional activities, including conducting his rounds on August 25, 2018. Will testify.

9.  Sgt. Justin L. White
    Spokane County Detention Services
    1100 W. Mallon Avenue, Spokane WA 99260
    509-477-2278

This witness has knowledge of the facts related to Ms. Hill's death. May testify.

10. Sgt. Patrick Bloomer
    Spokane County Sheriff's Office
    1100 W. Mallon Avenue, Spokane WA 99260
    509-477-2240

This witness has knowledge of the circumstances surrounding Ms. Hill's death and the ensuing investigation and is expected to testify regarding those circumstances. May testify.

11. Detective Michael Drapeau
    Spokane County Sheriff's Office
    1100 W. Mallon Avenue, Spokane WA 99260
    509-477-2240

This witness has knowledge of the circumstances surrounding Ms. Hill's death and the ensuing investigation and is expected to testify regarding those circumstances. May testify.

12. Detective Roger Knight
    Spokane County Sheriff's Office
    1100 W. Mallon Avenue, Spokane WA 99260

DEFENDANT SPOKANE COUNTY'S TRIAL WITNESS
LIST– 3

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA 98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480 FAX: (360) 357-3511*

Cause No.: 2:20-cv-00410-MKD

1  This witness has knowledge of the circumstances surrounding Ms. Hill's death and the
2  ensuing Investigation and is expected to testify regarding those circumstances. May testify.

3  13.   Samantha Micke, Forensic Technician
       Spokane County Sheriff's Office
4      1100 W. Mallon Avenue, Spokane WA 99260
       509-477-2240
5

6  This witness has knowledge of the circumstances surrounding Ms. Hill's death and the
   ensuing investigation and is expected to testify regarding those circumstances. May testify.

7  14.   Detective Jeffrey W. Mitchell
       Spokane County Sheriff's Office
8      1100 W. Mallon Avenue, Spokane WA 99260
       509-477-2240
9

10 This witness has knowledge of the circumstances surrounding Ms. Hill's death and the
11 ensuing investigation and is expected to testify regarding those circumstances. May testify.

12 15.   Deputy Andrew Richmond
       Spokane County Sheriff's Office
13     1100 W. Mallon Avenue, Spokane WA 99260
       509-477-2240
14

15 This witness has knowledge of the circumstances surrounding Ms. Hill's death and the
   ensuing investigation and is expected to testify regarding those circumstances. May testify.
16

17 16.   Deputy Marco Urrutia Soto
       Spokane County Sheriff's Office
18     1100 W. Mallon Avenue, Spokane WA 99260
       509-477-2240

19  This witness has knowledge of the circumstances surrounding Ms. Hill's death and the
20 ensuing investigation and is expected to testify regarding those circumstances. May testify.

21 17.   Daniel Anderson
       Spokane Fire Department
22     44 W. Riverside Ave., Spokane, WA 99201
       509-625-7000
23

24 This witness has knowledge of the circumstances surrounding Ms. Hill's emergency
   lifesaving efforts at the Spokane County Jail and the is expected to testify regarding those
25 circumstances. May testify.

26

**DEFENDANT SPOKANE COUNTY'S TRIAL WITNESS
LIST– 4**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

Cause No.:  2:20-cv-00410-MKD

18. Joanna Balin
   Spokane Fire Department
   44 W. Riverside Ave., Spokane, WA 99201
   509-625-7000

This witness has knowledge of the circumstances surrounding Ms. Hill's emergency lifesaving efforts at the Spokane County Jail and the is expected to testify regarding those circumstances. May testify.

19. Michael Delamatter
   Spokane Fire Department
   44 W. Riverside Ave., Spokane, WA 99201
   509-625-7000

This witness has knowledge of the circumstances surrounding Ms. Hill's emergency lifesaving efforts at the Spokane County Jail and the is expected to testify regarding those circumstances. May testify.

20. Sean Doyle
   Spokane Fire Department
   44 W. Riverside Ave., Spokane, WA 99201
   509-625-7000

This witness has knowledge of the circumstances surrounding Ms. Hill's emergency lifesaving efforts at the Spokane County Jail and the is expected to testify regarding those circumstances. May testify.

21. Timothy Foster
   Spokane Fire Department
   44 W. Riverside Ave., Spokane, WA 99201
   509-625-7000

This witness has knowledge of the circumstances surrounding Ms. Hill's emergency lifesaving efforts at the Spokane County Jail and the is expected to testify regarding those circumstances. May testify.

22. Maeve Griffith
   Spokane Fire Department
   44 W. Riverside Ave., Spokane, WA 99201
   509-625-7000

This witness has knowledge of the circumstances surrounding Ms. Hill's emergency lifesaving efforts at the Spokane County Jail and the is expected to testify regarding those circumstances. May testify.

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.
ATTORNEYS AT LAW
2674 R.W. JOHNSON RD. TUMWATER, WA 98512
P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880
(360) 754-3480 FAX: (360) 357-3511

23. Ricky Pennington
    Spokane Fire Department
    44 W. Riverside Ave., Spokane, WA 99201
    509-625-7000

This witness has knowledge of the circumstances surrounding Ms. Hill's emergency lifesaving efforts at the Spokane County Jail and the is expected to testify regarding those circumstances.  May testify.

24. Matthew LaForce
    American Medical Response
    1425 N Washington St, Spokane, WA 99201
    509-323-8888

This witness has knowledge of the circumstances surrounding Ms. Hill's emergency lifesaving efforts at the Spokane County Jail and the is expected to testify regarding those circumstances.  May testify.

25. Jason Tenyehuif
    American Medical Response
    1425 N Washington St, Spokane, WA 99201
    509-323-8888

This witness has knowledge of the circumstances surrounding Ms. Hill's emergency lifesaving efforts at the Spokane County Jail and is expected to testify regarding those circumstances.  May testify.

26. Hanna Gubitz, RN
    NaphCare, Inc.
    2090 Columbiana Rd, Birmingham, AL 35216
    205-536-8400

This witness has knowledge of Ms. Hill's death and is expected to testify regarding her knowledge and interactions with Ms. Hill on August 25, 2018, including Ms. Hill's status and condition during those interactions.  Will testify.

27. Justin Rogers, MA
    NaphCare, Inc.
    2090 Columbiana Rd, Birmingham, AL 35216
    205-536-8400

This witness has knowledge of Ms. Hill's death and is expected to testify regarding his knowledge and interactions with Ms. Hill on August 25, 2018, including Ms. Hill's status and condition during those interactions.  Will testify.

**DEFENDANT SPOKANE COUNTY'S TRIAL WITNESS LIST– 6**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

**Cause No.:  2:20-cv-00410-MKD**

28. A.B. Harris, M.D.
   Providence Sacred Heart Medical Center
   101 W 8th Ave, Spokane, WA 99204
   509-474-3131

   This witness has knowledge of the circumstances surrounding Ms. Hill's death and is expected to testify regarding her knowledge. May testify.

29. Sally S. Aiken, M.D.
   Spokane County Medical Examiner's Office
   102 S Spokane St, Spokane, WA 99202
   509-477-2296

   This witness has knowledge of the circumstances surrounding Ms. Hill's death and is expected to testify regarding her knowledge. May testify.

30. Fernando Calderone
   Spokane County Medical Examiner's Office
   102 S Spokane St, Spokane, WA 99202
   509-477-2296

   This witness has knowledge of the circumstances surrounding Ms. Hill's death and is expected to testify regarding his knowledge. May testify.

31. N. Volpone
   Spokane County Medical Examiner's Office
   102 S Spokane St, Spokane, WA 99202
   509-477-2296

   This witness has knowledge of the circumstances surrounding Ms. Hill's death and is expected to testify regarding her knowledge. May testify.

32. David Nguyen, Forensic Scientist
   Toxicology Lab Division
   Washington State Patrol
   2203 Airport Way S., Suite 360, Seattle, WA 98134-2027
   206-262-6100

   This witness has knowledge of the circumstances surrounding Ms. Hill's death and is expected to testify regarding his knowledge. May testify.

33. Naziha Nuwayhid, Forensic Scientist
   Toxicology Lab Division
   Washington State Patrol
   2203 Airport Way S., Suite 360, Seattle, WA 98134-2027

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.
ATTORNEYS AT LAW
2674 R.W. JOHNSON RD. TUMWATER, WA 98512
P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880
(360) 754-3480 FAX: (360) 357-3511

206-262-6100

This witness has knowledge of the circumstances surrounding Ms. Hill's death and is expected to testify regarding her knowledge. May testify.

DATED this 12th day of May 2022.

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.

*/s/ John E. Justice*

_____
John E. Justice, WSBA № 23042
Attorney for Defendant Spokane County
P.O. Box 11880, Olympia, WA 98508
Phone: (360) 754-3480 Fax: 360-357-3511
Email: jjustice@lldkb.com

**DEFENDANT SPOKANE COUNTY'S TRIAL WITNESS LIST– 8**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA 98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480 FAX: (360) 357-3511*

**Cause No.: 2:20-cv-00410-MKD**

# CERTIFICATE OF FILING & SERVICE

I certify under penalty of perjury under the laws of the United States of America and the State of Washington that on the date specified below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which constitutes service on the following under LCivR 5(b):

**Counsel for Plaintiffs**
Erik J. Heipt, WSBA #28113
Edwin S. Budge, WSBA #24182
Hank Balson, WSBA #29250
Budge & Heipt PLLC
808 East Roy Street
Seattle, WA 98102
erik@budgeandheipt.com
ed@budgeandheipt.com
hank@budgeandheipt.com

**Counsel for Defendant Naphcare & Gubitz**
Ketia B. Wick, WSBA #27219
Erin E. Ehlert, WSBA # 26340
Fain Anderson VanDerhoef Rosendahl O'Halloran Spillane
701 Fifth Avenue, Suite 4750
Seattle, WA 98104
ketia@favros.com
erine@favros.com

DATED this 12th day of May, 2022, at Tumwater, WA.

*/s/ Tam Truong*

_____
Tam Truong
Assistant to John E. Justice

**DEFENDANT SPOKANE COUNTY'S TRIAL WITNESS LIST– 9**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 R.W. JOHNSON RD. TUMWATER, WA. 98512
P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880
(360) 754-3480   FAX: (360) 357-3511

**Cause No.:  2:20-cv-00410-MKD**