1  Fain Anderson VanDerhoef Rosendahl
2  O'Halloran Spillane PLLC
3  701 Fifth Avenue, Suite 4750
   Seattle, WA 98104
4  Phone: (206) 749-0094

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE ESTATE OF CINDY LOU HILL, by and through its personal representative, Joseph A. Grube; and CYNTHIA METSKER, individually,<br><br>Plaintiffs,<br><br>v.<br><br>NAPHCARE, INC, an Alabama corporation; HANNAH GUBITZ, individually; and SPOKANE COUNTY, a political subdivision of the State of Washington,,<br><br>Defendants. | NO. 2:20-cv-00410-MKD<br><br>JOINT STATUS REPORT |

Pursuant to the Court's order of April 6, 2022 (ECF 85) the parties provide this Status Report:

Defendants NaphCare, Inc. and Hannah Gubitz have been able to obtain the medical records from all of the identified providers and therefore do not require any changes to the Scheduling Order that resulted from the extension of discovery. The medical records have been shared with all parties.

JOINT STATUS REPORT - 1

**FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC**
701 Fifth Avenue, Suite 4750
Seattle, WA  98104
p. 206-749-0094  •  f. 206-749-0194

1  The parties are still in agreement to proceed to trial on our first scheduled
2  trial date of July 11, 2022.
3  Respectfully submitted this 31st day of May, 2022.

      *s/Erin E. Ehlert*
Ketia B. Wick, WSBA #27219
Erin E. Ehlert, WSBA #26340
Attorneys for Defendants NaphCare, Inc. and Hannah Gubitz
Fain Anderson VanDerhoef Rosendahl O'Halloran Spillane, PLLC
701 Fifth Avenue, Suite 4750
Seattle, WA 98104
Phone: (206) 749-0094
Email:  ketia@favros.com
Email:  erine@favros.com


*/s/Hank Balson*
Hank Balson, WSBA #29250
Edwin S. Budge, WSBA #24182
Erik J. Heipt, WSBA #28113
Attorneys for Plaintiffs
Budge & Heipt, PLLC
808 E. Roy St.
Seattle, WA 98102
Phone: (206) 624-3060
Email:  hank@budgeandheipt.com
Email:  ed@budgeandheipt.com
Email:  erik@budgeandheipt.com

JOINT STATUS REPORT - 2

       /s/John E. Justice
John E. Justice, WSBA #23042
Attorneys for Defendant Spokane County
Law Lyman Daniel Kamerer & Bogdanovich, PS
PO Box 11880
Olympia, WA 98508
Phone: (360) 754-3480
Email: jjustice@lldkb.com

JOINT STATUS REPORT - 3

FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC
701 Fifth Avenue, Suite 4750
Seattle, WA 98104
p. 206-749-0094 • f. 206-749-0194

## CERTIFICATE OF SERVICE

I hereby certify that on May 31st, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF System. The NEF for the foregoing specifically identifies recipients of electronic notice.

| | |
|---|---|
| ***Counsel for Plaintiffs***<br>Erik J. Heipt, WSBA #28113<br>Edwin S. Budge, WSBA #24182<br>Hank Balson, WSBA #29250<br>Budge & Heipt PLLC<br>808 East Roy Street<br>Seattle, WA 98102<br>206-624-3060<br>Fax: 206-621-7323<br>erik@budgeandheipt.com<br>ed@budgeandheipt.com<br>hank@budgeandheipt.com | ☐ Regular U.S. Mail<br>☐ Facsimile<br>☐ ABC Legal Messenger<br>☒ E-mail/ ECF |
| ***Counsel for Spokane County***<br>John E. Justice, WSBA #23042<br>Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S.<br>P.O. Box 11880<br>Olympia, WA 98508<br>Ph: 360.754.3480<br>Email: jjustice@lldkb.com | ☐ Regular U.S. Mail<br>☐ Facsimile<br>☐ ABC Legal Messenger<br>☒ E-mail/ ECF |

Signed at Seattle, Washington this 31st day of May, 2022.

*s/Kenya Owens*
Kenya Owens, Legal Assistant

JOINT STATUS REPORT - 4

**FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC**
701 Fifth Avenue, Suite 4750
Seattle, WA 98104
p. 206-749-0094 • f. 206-749-0194