Budge & Heipt, PLLC
808 E. Roy St.
Seattle, WA 98102
(206) 624-3060

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE ESTATE OF CINDY LOU HILL, by and through its personal representative, Joseph A. Grube; and CYNTHIA METSKER, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>NAPHCARE, INC, an Alabama corporation; HANNAH GUBITZ, individually; and SPOKANE COUNTY, a political subdivision of the State of Washington,<br><br>Defendants. | No. 2:20-cv-00410-MKD<br><br>PLAINTIFFS' PROPOSED COURT VOIR DIRE QUESTIONS |

In addition to standard questions regarding prospective jurors' potential familiarity with witnesses, the parties, counsel and court staff, and pursuant to the Jury Trial Scheduling Order (ECF 14 at 9), Plaintiffs request that the Court ask potential jurors the following questions during the initial voir dire before the voir dire of counsel:[1]

- This case involves the death of Cindy Lou Hill in the Spokane County Jail. I have already ruled that Spokane County is legally responsible for violating Cindy Hill's constitutional rights and for negligence. Because I have already ruled that Spokane County is legally responsible, the Plaintiffs will not be presenting evidence to prove that the County is liable in this matter. With regard to Spokane County, the only issue the jury will be asked to decide is the amount of money the County will have to pay. Is there anyone here who believes they would not be able to fairly decide the amount of money Spokane County must pay since the jury will not hear the evidence supporting the County's liability?

- Is there anyone who has personal feelings that would make them reluctant or uncomfortable to require Spokane County to pay money damages for someone's pain or suffering or death?

---

[1] The parties have requested 45 minutes for each side to conduct attorney voir dire. ECF 104 at 3.



BUDGE & HEIPT, PLLC
ATTORNEYS AT LAW
808 E. Roy St.
SEATTLE, WA 98102
TELEPHONE: (206) 624-3060

- Is there anyone who works for Spokane County, or knows someone close to them who works for Spokane County? If so, please describe.

- Without hearing any evidence, is there any amount of money above which you would not be comfortable awarding in this case, regardless of the evidence or law? In other words, do any of you already feel there is a certain amount of money that is "too much" before hearing any evidence or further information about this case?

- Although I have already decided that Spokane County is legally liable, there are other defendants in this case whose legal liability remains to be decided by the jury. You will hear evidence about the conduct of a nurse. Is there anyone who works in the nursing profession or has friends or family who work in the nursing profession or who thinks, for any reason, that they might have trouble being completely fair and impartial in a case where a nurse is alleged to have done things wrong with regard to patient care?

- This is a civil case. It is not a criminal case. In a civil case such as this, the Plaintiff is not required to prove things beyond a reasonable doubt. Instead, you will be deciding whether certain things have been proved on a "more likely than not" basis. Is there anyone who believes they would have difficulty accepting a fact as true if it is proved to be more likely than not, rather than being proved beyond a



BUDGE & HEIPT, PLLC
ATTORNEYS AT LAW
808 E. Roy St.
SEATTLE, WA 98102
TELEPHONE: (206) 624-3060

reasonable doubt, which is the standard you may be familiar with from criminal cases?

- One of the defendants in this case is a correctional healthcare corporation. Is anyone uncomfortable or uneasy with the idea of requiring a corporation to pay punitive damages? That is, is there anyone who doesn't like the idea of requiring a company to pay money as a penalty or to deter it from committing certain harmful acts in the future?

- Raise your hand if you have strong negative feelings about the amount of money juries tend to award.

- Does anyone think there should be caps or limits on the amount that juries can award?

- Is there anyone who does not like the idea of a person being allowed to sue for the death of a loved one who was confined in a jail at the time?

- Is anyone uncomfortable or uneasy with the idea of awarding money for someone's pain and suffering, even if that person is now deceased?

- Is anyone uncomfortable or uneasy with the idea of awarding money for the loss of someone's life?

- The law provides no formula to use when deciding how much money should be awarded for things like pain and suffering, loss of life, or the loss of a parent. These matters will be within your discretion after you hear the evidence and



BUDGE & HEIPT, PLLC
ATTORNEYS AT LAW
808 E. Roy St.
SEATTLE, WA 98102
TELEPHONE: (206) 624-3060

receive the court's instructions. Is there anyone who would feel uncomfortable serving on a jury where you will have to decide the appropriate amount of money for things like pain and suffering, loss of life, and the loss of a parent without any mathematical formula or fixed measure of computation?

- Is there anyone who feels negatively about someone who brings a lawsuit for the death of a loved one, even if you only feel that way a little bit?
- Does anyone think that corporate healthcare providers are too often blamed or sued for things that happen to patients?
- Does it bother anyone, even if just a little bit, that the family or estate of a person who died in jail would bring a civil case for money damages arising from that person's death in the jail?
- Does it bother anyone that a person detained in jail would be entitled to adequate medical care?
- Have any of you ever worked in a high position in a big organization, such as a CEO, President or Executive Director? Or are any of you close with somebody who has worked in a role like this?
- Is anyone uncomfortable or uneasy with the idea of holding a company legally responsible to pay damages to the family or estate of an individual who died?
- Have any of you worked in the medical field as a health care provider, such as a physician, registered nurse, physician assistant or licensed practical nurse?



BUDGE & HEIPT, PLLC
ATTORNEYS AT LAW
808 E. Roy St.
SEATTLE, WA 98102
TELEPHONE: (206) 624-3060

Do any of you have close friends or family who have worked in one of these jobs? Please briefly explain your experience in the medical field.

- Do any of you have a strong negative feeling towards people who've been arrested and taken to jail no matter the reason for the arrest? If so, please explain.
- Have any of you ever been a plaintiff or a defendant in a lawsuit? Do any of you have a close friend or family member who has been a party in a lawsuit?
- Do you have any moral, religious, philosophical, or other beliefs that would prevent you from fulfilling your responsibilities as a juror and deciding this case impartially?

Respectfully submitted this 16th day of June, 2022.

**BUDGE & HEIPT, PLLC**

*/s/ Edwin S. Budge*

Edwin S. Budge, WSBA #24182
Hank Balson, WSBA #29250
Erik J. Heipt, WSBA #28113
808 E. Roy St.
Seattle, WA 98102
hank@budgeandheipt.com
ed@budgeandheipt.com
erik@budgeandheipt.com
(206) 624-3060
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the date stated below this document was filed with the Clerk of the Court for the United States District Court for the Eastern District of Washington, via the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Ketia B. Wick, WSBA #27219
Erin E. Ehlert, WSBA #26340
Fain Anderson VanDerhoef Rosendahl
701 Fifth Avenue, Suite 4750
Seattle, WA 98104
ketia@favros.com
erine@favros.com
Attorneys for Defendants NaphCare, Inc., and Hannah Gubitz

John E. Justice, WSBA #23042
Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S.
PO Box 11880
Olympia WA 98508
jjustice@lldkb.com
(360) 754-3480
Attorney for Defendant Spokane County

Dated this 16th day of June, 2022.

*/s/ Edwin S. Budge*
Edwin S. Budge



BUDGE & HEIPT, PLLC
ATTORNEYS AT LAW
808 E. Roy St.
SEATTLE, WA 98102
TELEPHONE: (206) 624-3060