1  Fain Anderson VanDerhoef Rosendahl
2  O'Halloran Spillane PLLC
   701 Fifth Avenue, Suite 4750
3  Seattle, WA 981
4  Phone: (206) 749-0094
5
6
7
8
                UNITED STATES DISTRICT COURT
9           FOR THE EASTERN DISTRICT OF WASHINGTON

10 | THE ESTATE OF CINDY LOU HILL,      | NO. 2:20-cv-00410-MKD
11 | by and through its personal        |
   | representative, Joseph A. Grube,   | DEFENDANT NAPHCARE, INC.'S
12 |                                    | RESPONSE TO PLAINTIFF'S
13 |              Plaintiff,            | OBJECTIONS TO PROPOSED
   |                                    | EXHIBITS 134, 135 AND 137
14 |      v.
15 |
   | NAPHCARE, INC, an Alabama
16 | corporation; and SPOKANE COUNTY,
17 | a political subdivision of the State of
   | Washington,
18 |
19 |              Defendants.
20

21     Plaintiff objects to the redactions proposed to Exhibits 134 and 135 stating
22 that Defendant NaphCare supplemented the exhibits.  Defendant NaphCare has
23 reviewed both exhibits.  The additional pages in Exhibits 134 and 135 was
24 unintentional and an error from an earlier proposed redaction of both documents.
25

DEFENDANT NAPHCARE, INC.'S RESPONSE TO
PLAINTIFF'S OBJECTIONS TO PROPOSED
EXHIBITS 134, 135 AND 137 - 1

Case No. 2:20-cv-00410-MKD

**FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC**
701 Fifth Avenue, Suite 4750
Seattle, WA  98104
p. 206-749-0094 • f. 206-749-0194

It is clear to Defendant NaphCare that reviewing the exhibits with the redactions is difficult. Defendant NaphCare did not want to delete any of the pages in its proposed redactions so that all the parties could see the redacted pages without extracting those pages from the exhibit. However, we realize that keeping those pages in the exhibit was interpreted by Plaintiff as pages we expected to keep in the proposed final exhibit that went to the jury. On the contrary, we were hopeful this would be the easiest method for the parties to go through each exhibit by page number, obtain the rulings from the court, and then Defendant NaphCare would finalize the exhibit after those rulings.

Now, in response to Plaintiff's objections and in an attempt to provide the most clearly redacted documents, Defendant NaphCare responds with another proposed Exhibit 134 (36 pages), 135 (17 pages) and 137 (3 pages) which only includes the pages proposed to be admitted. We put together these newly redacted and shortened exhibits with the intent to make this most efficient for the parties at the hearing on Friday, July 8th at 9am.

DATED this 7th day of July, 2022.

By: *s/Erin E. Ehlert*
Ketia B. Wick, WSBA #27219
Erin E. Ehlert, WSBA #26340
Attorneys for Defendant NaphCare, Inc.
Fain Anderson VanDerhoef Rosendahl O'Halloran Spillane, PLLC
701 Fifth Avenue, Suite 4750
Seattle, WA 98104
(206) 749-0094
ketia@favros.com
erine@favros.com

DEFENDANT NAPHCARE, INC.'S RESPONSE TO PLAINTIFF'S OBJECTIONS TO PROPOSED EXHIBITS 134, 135 AND 137 - 2

Case No. 2:20-cv-00410-MKD

**FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC**
701 Fifth Avenue, Suite 4750
Seattle, WA 98104
p. 206-749-0094 • f. 206-749-0194

# CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF System. The NEF for the foregoing specifically identifies recipients of electronic notice.

| **Counsel for Plaintiffs**<br>Erik J. Heipt, WSBA #28113<br>Edwin S. Budge, WSBA #24182<br>Hank<br>Budge & Heipt PLLC<br>808 East Roy Street<br>Seattle, WA 98102<br>206-624-3060<br>Fax: 206-621-7323<br>erik@budgeandheipt.com<br>ed@budgeandheipt.com<br>hank@budgeandheipt.com | ☐ Regular U.S. Mail<br>☐ Facsimile<br>☐ ABC Legal Messenger<br>☒ E-mail/ ECF |
|---|---|
| **Counsel for Spokane County**<br>John E. Justice, WSBA #23042<br>Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S.<br>P.O. Box 11880<br>Olympia, WA 98508<br>360-754-3480<br>Fax: 360-754-3480<br>jjustice@lldkb.com | ☐ Regular U.S. Mail<br>☐ Facsimile<br>☐ ABC Legal Messenger<br>☒ E-mail/ ECF |

Signed at Seattle, Washington this 7th day of July, 2022.

/s/Kenya Owens
Kenya Owens, Legal Assistant

DEFENDANT NAPHCARE, INC.'S RESPONSE TO PLAINTIFF'S OBJECTIONS TO PROPOSED EXHIBITS 134, 135 AND 137 - 3

Case No. 2:20-cv-00410-MKD

**FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC**
701 Fifth Avenue, Suite 4750
Seattle, WA 98104
p. 206-749-0094 • f. 206-749-0194