# INSTRUCTION S2

To help you follow the evidence, I will give you a brief summary of the positions of the parties:

This case involves the death of Cindy Lou Hill, who 55-years-old at the time. On August 21, 2018, Ms. Hill was arrested for drug possession and taken to the Spokane County Jail. Ms. Hill died four days later, on August 25, 2018.

The Plaintiff in this case is the Estate of Cindy Lou Hill. The Defendants are Spokane County, which runs the Spokane County Jail, and NaphCare, Incorporated ("NaphCare"). NaphCare is a correctional healthcare company that the County hired to provide medical care to people confined at the jail.

The plaintiff asserts two claims against each Defendant in this lawsuit. First, they claim that each Defendant violated the United States Constitution by maintaining a longstanding practice at the jail that caused Cindy Hill's suffering and death. They also claim each Defendant was negligent. The plaintiff has the burden of proving these claims against NaphCare. The plaintiff also has the burden of proving damages.

As related to Plaintiffs' claims against Spokane County, I have entered a default judgment against Spokane County on the issue of liabilty. The default judgment was issued a sanction for the County's failure to preserve a portion of video recording from Ms. Hill's custody at the Jail. The Court's ruling does not apply to NaphCare. NaphCare denies that it violated the Constitution or that it was negligent. NaphCare also denies that it should have to pay money damages. Both defendants deny the nature and extent of plaintiff's damages.

9th Cir. CVJI 1.5