Budge & Heipt, PLLC
808 E. Roy St.
Seattle, WA 98102
(206) 624-3060

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE ESTATE OF CINDY LOU HILL, by and through its personal representative, Joseph A. Grube,<br><br>                 Plaintiff,<br>vs.<br><br>NAPHCARE, INC, an Alabama corporation; and SPOKANE COUNTY, a political subdivision of the State of Washington,<br><br>                 Defendants. | No. 2:20-cv-00410-MKD<br><br>PLAINTIFF'S WITNESS LIST |

PLAINTIFF'S WITNESS LIST – Page 1

BUDGE & HEIPT, PLLC
ATTORNEYS AT LAW
808 E. Roy St.
SEATTLE, WA 98102
TELEPHONE: (206) 624-3060

Pursuant to the Jury Trial Scheduling Order (ECF No. 14) ¶ 16(c), Plaintiff identifies the following witness, most or all of whom Plaintiff expects to call at trial:

1. **Sebastian D. Schubl, MD**. Expert witness.

2. **Lori Roscoe, DNP, APRN**. Expert witness.

3. **Jessica Wirth**. Corrections officer, Spokane County Jail.

4. **Donald Hooper**. Interim Director, Spokane County Detention Services Department.

5. **Michael Sparber**. Former Director, Spokane County Detention Services Department.

6. **Tren Byington**. Corrections officer, Spokane County Jail.

7. **Travis Titchenal**. Corrections officer, Spokane County Jail.

8. **Hannah Gubitz, RN**. Former NaphCare employee.

9. **Andy S. Barnett, MD**. Expert witness.

10. **Emily Feely, MD**. Former Chief Medical Officer, NaphCare, Inc.

11. **Connie C. Young**. Chief Financial Officer, NaphCare, Inc. (Plaintiff will present Ms. Young's testimony through her declaration, by stipulation of the parties.)

12. **Diane Burnett**. Sister of Cindy Hill.

13. **Cynthia Metsker**. Daughter of Cindy Hill.

BUDGE ❦ HEIPT, PLLC
ATTORNEYS AT LAW
808 E. Roy St.
SEATTLE, WA 98102
TELEPHONE: (206) 624-3060

Respectfully submitted this 5th day of July, 2022.

**BUDGE & HEIPT, PLLC**

<u>s/ Hank Balson</u>
Edwin S. Budge, WSBA #24182
Hank Balson, WSBA #29250
Erik J. Heipt, WSBA #28113
hank@budgeandheipt.com
ed@budgeandheipt.com
erik@budgeandheipt.com
Attorneys for Plaintiffs

PLAINTIFF'S WITNESS LIST – Page 3

BUDGE & HEIPT, PLLC
ATTORNEYS AT LAW
808 E. Roy St.
SEATTLE, WA 98102
TELEPHONE: (206) 624-3060