# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ESTATE OF CINDY LOU HILL, by and through its personal representative, Joseph A. Grube,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br><br>NAPHCARE, INC, an Alabama corporation; and SPOKANE COUNTY, a political subdivision of the State of Washington,<br><br>　　　　　　　　　　Defendants. | Case No.  2:20-CV-0410-MKD<br><br>CIVIL MINUTES<br><br>DATE:   7/14/2022<br><br>LOCATION: Spokane<br><br>JURY TRIAL - DAY FOUR |

### JUDGE MARY K. DIMKE

| Linda Hansen | LC 02 | | Crystal Hicks |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Edwin S Budge and Hank L Balson | | John E Justice *for Def Spokane County*<br>Erin Ehlert, Ketia Wick and Christopher Quirk *for Def Naphcare* | |
| **Plaintiff's Counsel** | | **Defense Counsel** | |

[ X ] Open Court　　　　　　　　　[  ] Chambers　　　　　　　　[  ] Video-Conference

**8:00 am**　　　**All parties present**
　　　　　　　　**w/o jury panel**

Ms. Ehlert and the Court discussed redaction of Exhibits 9-11.

The Court and counsel discussed the witness schedule for Monday. Once evidence is concluded a jury instruction conference will be held.

The Court and counsel discussed exhibits. The Court clarified with counsel that the only exhibits that will go back to the jury are exhibits that have been discussed with a witness in court.

**Recess:**　　　**8:09 am**
**Reconvened:  8:26 am**
**All parties present**
**w/o jury**

The Court confirmed that the Declaration of Connie Young was testimony and will not go back to the Jury.

**8:30 am        Jury brought into open court**
**All parties present**
**w/ jury**

        **Alfred Joshua, MD sworn to testify – appearing via video conference**

        Direct examination by Ketia Wick

        Exhibits 134, 135, 1, 2, 4, 3, 6 discussed with the witness.

        Ms. Wick presented Pre-Admitted Exhibit 135 (Providence Sacred Heart Medical Center Records for Cindy Lou Hill).

        Ms. Wick presented Pre-Admitted Exhibit 1 (NaphCare receiving screening of Cindy Hill (8/21/18)).

        Ms. Wick presented Pre-Admitted Exhibit 2 (NaphCare initial assessment of Cindy Hill (8/21/18)

**10:14 am       Jury excused from open court**
**All parties present**
**w/o jury**

The Court and counsel discuss reference to language in an exhibit that was previously excluded by the Court.

**10:30 am       Reconvened**
**All parties present**
**w/o jury**

Ed Budge advised that the parties have discussed the excluded language and will further redact the exhibit before it goes back to the jury.   The parties do not want the Court to instruct the Jury.

The Court and Counsel discuss anticipated testimony of Dr. Joshua.

**10:45 am       Jury brought into open court**
**All parties present**
**w/ jury**

        **Alfred Joshua, MD, continued examination, previously sworn to testify – appearing via video conference**

        Continued direct examination by Ms. Wick

**10:49 am       Cross examination by Ed Budge**

        Exhibit 4, 3 discussed with the witness.

**11:05 am      Jury excused from open court**
**All parties present**
**w/o jury**

        The Court and counsel discussed providing exhibits/materials to the witness.

**11:10 am      Jury brought into open court**
**All parties present**
**w/ jury**

        Continued cross examination by Mr. Budge.

11:45 am      Redirect examination by Ms. Wick

Witness is excused.

**Recessed:      11:51 pm**
**Reconvened:  12:56 pm**
**All parties present**
**w/ jury**

        **Jeffrey Alvarez, MD, CMO Naphcare, sworn to testify**

        Direct examination by Erin Ehlert

        Exhibits 9, 10, 11 discussed with the witness.

        Ms. Ehlert presented Pre-Admitted Exhibit 9 (NaphCare death summaries regarding Cindy Hill)

        Ms. Ehlert presented Pre-Admitted Exhibit 10 (NaphCare M&M Committee minutes (10/15/18))

        Ms. Ehlert presented Pre-Admitted Exhibit 11 (NaphCare M&M Committee minutes (1/14/19))

**1:54 pm       Cross examination by Ed Budge**

        Exhibit 11, 18 discussed with the witness

Witness steps down and is excused

The Court admonished the Jury and directed them to return for continuation of the trial on Monday, July 18, 2022 at 8:30 a.m.

**2:17 pm       Jury excused from open Court**
**All parties present**
**w/o jury**

The Court advised counsel to be in the courtroom by 8:00 a.m. on Monday, July 18, 2022 if any matters need to be addressed by the Court they shall be taken up before the Jury comes in 8:30 a.m.

**Adjourned: 2:17 pm**

| CONVENED: | 8:00 AM | RECESSED: | 8:09 AM | TIME: | 9 MINS | TOTAL: 4 HRS / 24 MINS |
|---|---|---|---|---|---|---|
| RECONVENED: | 8:26 AM | RECESSED: | 10:14 AM | | 1 HR / 48 MINS | |
| RECONVENED: | 10:45 AM | RECESSED: | 11:51 PM | | 1 HR / 6 MINS | |
| RECONVENED: | 12:56 PM | ADJOURNED: | 2:17 PM | | 1 HR / 21 MINS | |