FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 19 2022

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ESTATE OF CINDY LOU HILL, by and through its personal representative, Joseph A. Grube,<br><br>        Plaintiff,<br><br>vs.<br><br>NAPHCARE, INC., an Alabama corporation, and SPOKANE COUNTY, a political subdivision of the State of Washington,<br><br>        Defendants. | No. 2:20-CV-00410-MKD |

## VERDICT FORM

**Question No. 1**

Do you find that Plaintiff has established the elements of its Section 1983 claim against Defendant NaphCare, Inc.?

    ANSWER:    ✓ YES    ___ NO

**Question No. 2**

Do you find that Plaintiff has established the elements of its negligence claim against Defendant NaphCare, Inc.?

    ANSWER:    ✓ YES    ___ NO

The Court has already determined that Spokane County is liable for violating Cindy Hill's constitutional rights under Section 1983 and for negligence. You must now determine how much the County should pay for compensatory damages by answering Question No. 3 below.

If you answered "YES" to Question 1 and/or 2 above, then NaphCare will share the responsibility with Spokane County for paying the compensatory damages you determine to be fair and reasonable.

In addition, if you answered "YES" to Question 2 above, then you must answer Question 4, which asks you to assign a percentage of fault to Spokane County and NaphCare.

### Question No. 3

How much do you award for the physical, mental, and emotional pain and suffering Ms. Hill experienced on August 25, 2018, prior to her death?

ANSWER:     $ 2,000,000

How much do you award for Ms. Hill's loss of enjoyment of life?

ANSWER:     $ 750,000

**Question No. 4**

Assume that 100 percent represents the total combined negligence that proximately caused the Plaintiff's damages. What percentage of this 100 percent is attributable to the negligence of each defendant? Your total must equal 100 percent.

ANSWER:    To Defendant Spokane County __10__ %

To Defendant NaphCare, Inc. __90__ %

TOTAL:    100 %

If you found NaphCare to be liable on Plaintiff's Section 1983 claim by answering "YES" to Question No. 1, you must also decide if NaphCare should be required to pay punitive damages by answering questions 5 and 6 below.

**Question No. 5**

Do you find that Defendant NaphCare, Inc. is liable for punitive damages?

    ANSWER:    ✓ YES    ___ NO

If you answered "NO" to Question 5, then stop here.

If you answered "YES" to Question 5, then continue to Question No. 6.

**Question No. 6**

How much money do you award in punitive damages against Defendant NaphCare, Inc.?

    ANSWER:    $ 24,000,000

Once you have completed this verdict form, the Presiding Juror should sign below and notify the courtroom deputy. Thank you.

_____            19 JUL 22
Presiding Juror                                Date