FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 27, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ESTATE OF CINDY LOU HILL, by and through its personal representative, Joseph A. Grube,<br><br>    Plaintiff,<br><br>vs.<br><br>NAPHCARE, INC., an Alabama corporation, and SPOKANE COUNTY, a political subdivision of the State of Washington,<br><br>    Defendants. | No. 2:20-CV-00410-MKD<br><br>JUDGMENT IN A CIVIL CASE |

**THE COURT HAS ORDERED** that judgment be entered in favor of Plaintiff against Defendants NaphCare, Inc. and Spokane County as follows:

   a. $2,750,000.00 in compensatory damages against NaphCare, Inc. and Spokane County jointly and severally on Plaintiff's 42 U.S.C. § 1983 claim, which includes pre-judgment interest at the rate of 0.00% per annum, plus post-judgment interest at the rate of 3.12% per annum, along with costs.  Interest shall accrue *nunc pro tunc* as of July 19, 2022.
   b. $275,000.00 in compensatory damages against Spokane County on Plaintiff's negligence claim under RCW 7.70 et seq, which includes pre-judgment interest at the rate of 0.00% per annum, plus post-judgment

JUDGMENT IN A CIVIL ACTION - 1

       interest at the rate of 3.12% per annum, along with costs.  Interest shall accrue *nunc pro tunc* as of July 19, 2022.

  c. $2,475,000.00 in compensatory damages against NaphCare, Inc. on Plaintiff's negligence claim under RCW 7.70 et seq., which includes pre-judgment interest at the rate of 0.00% per annum, plus post-judgment interest at the rate of 3.12% per annum, along with costs.  Interest shall accrue *nunc pro tunc* as of July 19, 2022.

  d. Plaintiff shall not receive double recovery on the compensatory damages.

  e. $24,000,000.00 in punitive damages against NaphCare, Inc. on Plaintiff's 42 U.S.C. § 1983 claim, which includes pre-judgment interest at the rate of 0.00% per annum, plus post-judgment interest at the rate of 3.12% per annum, along with costs.  Interest shall accrue *nunc pro tunc* as of July 19, 2022.

**THIS ACTION WAS** tried by a jury with Judge Mary K. Dimke presiding, and the jury has rendered a verdict.

DATED:  July 27, 2022.

                                            SEAN F. McAVOY
                                            Clerk of Court

                                            By: *s/Linda Hansen*
                                                Deputy Clerk

JUDGMENT IN A CIVIL ACTION - 2