FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 07, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ESTATE OF CINDY LOU HILL, by and through its personal representative, Joseph A. Grube, and CYNTHIA METSKER, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>NAPHCARE, INC., an Alabama corporation; HANNA GUBITZ, individually; and SPOKANE COUNTY, a political subdivision of the State of Washington,<br><br>Defendants. | No. 2:20-CV-410-MKD<br><br>ORDER GRANTING JOINT STIPULATED MOTION FOR PROTECTION ORDER<br><br>ECF No. 295 |

Before the Court is the parties' Stipulated Motion for Protective Order, ECF No. 295. This Court finds good cause, under Federal Rule of Civil Procedure 26(c), to issue an order to protect certain categories of information to prevent annoyance, embarrassment, oppression, or undue burden or expense. Accordingly, for purposes of complying with the Court's August 30, 2022 order, ECF No. 293, obligating Defendant NaphCare, Inc. to file sworn financial reports on the last

ORDER GRANTING JOINT STIPULATED MOTION FOR PROTECTION ORDER - 1

business day of every month, beginning on September 30, 2022, until the Court disposes of Defendant NaphCare's post-trial motion, Defendant NaphCare may designate the financial reports as "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER" and file such reports under seal.

**IT IS ORDERED:**

1. The parties' Stipulated Motion for Protective Order, **ECF No. 295**, is GRANTED.

DATED September 7, 2022.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT STIPULATED MOTION FOR PROTECTION ORDER - 2