**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| THE ESTATE OF CINDY LOU HILL, by and through its personal representative, Joseph A. Grube; and CYNTHIA METSKER, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>NAPHCARE INC., an Alabama corporation; HANNAH GUBITZ, individually; and SPOKANE COUNTY, a political subdivision of the State of Washington.<br><br>Defendants. | NO. 2:20-cv-00410-MKD<br><br>**DEFENDANT SPOKANE COUNTY'S OPPOSITION TO NAPHCARE'S POST-TRIAL MOTION BASED ON THE DENIAL OF BIFURCATION** |

## I. INTRODUCTION

Co-Defendant NaphCare's post-trial motion, in part, challenges the Court's Order denying the motion to bifurcate. *See,* Dkt. 286, pp. 29-31. NaphCare's Motion to bifurcate sought a first phase of trial that would consist of the jury determining NaphCare's liability for plaintiffs' claims against NaphCare and Hannah Gubitz for negligence and alleged civil rights violations. *See,* Dkt. 115. If the jury found liability as to either NaphCare or Ms. Gubitz, the second phase would begin immediately, with the same jury considering damages against all liable defendants. Dkt. 115. Spokane County opposed the bifurcation of the trial because it

**DEFENDANT SPOKANE COUNTY'S OPPOSITION TO NAPHCARE'S POST-TRIAL MOTION BASED ON DENIAL OF BIFURCATION – 1**
**Cause No.: 2:20-cv-00410-MKD**

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA 98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480 FAX: (360) 357-3511*

would not have promoted judicial efficiency and it would be unfair to Spokane County. The County adopts by reference the arguments in made in opposition to that motion at the time. See, Dkt. 133.

## II. LAW AND ARGUMENT

As this Court noted in its Order denying the motion to bifurcate (see Dkt. 147), "Bifurcation is a case-specific inquiry," and district courts "have broad discretion over whether to bifurcate." *McCoy v. City of Vallejo*, No. 219CV001191JAMCKD, 2021 WL 492535, at *2 (E.D. Cal. Feb. 10, 2021). NaphCare has not established that this Court abused its discretion. "A district court abuses its discretion if it bases its decision on an erroneous view of the law or on a clearly erroneous assessment of the evidence." *Liberty Ins. Corp. v. Brodeur*, 41 F.4th 1185, 1189–90 (9th Cir. 2022), *quoting, Ingenco Holdings, LLC v. Ace Am. Ins. Co.*, 921 F.3d 803, 808 (9th Cir. 2019) (cleaned up). *See also United States v. Working*, 287 F.3d 801, 807 (9th Cir. 2002) (explaining that a district court abuses its discretion when a ruling is guided by erroneous legal conclusions). Likewise, "[a district] court abuses its discretion when it fails to apply the correct legal standard or bases its decision on unreasonable findings of fact." *Liberty Ins. Corp., supra*, 1189–90, *quoting, Briseño v. Henderson*, 998 F.3d 1014, 1022 (9th Cir. 2021) (quoting *Nachshin v. AOL, LLC*, 663 F.3d 1034, 1038 (9th Cir. 2011)).

That portion of NaphCare's post-trial motion challenging the Court's bifurcation ruling does not establish that the incorrect legal standard was applied by the Court or that the Court was "clearly erroneous" in assessing the facts relevant to its decision. NaphCare instead focuses on how the jury *might* have weighed the information that the Court had granted plaintiffs' motion for default judgment against Spokane. That is speculative. NaphCare's motion essentially requires this Court to conclude that the jury *would have* ruled in favor of

**DEFENDANT SPOKANE COUNTY'S OPPOSITION TO NAPHCARE'S POST-TRIAL MOTION BASED ON DENIAL OF BIFURCATION – 2**
**Cause No.: 2:20-cv-00410-MKD**

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA 98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480 FAX: (360) 357-3511*

NaphCare in the liability only phase of the trial and thus NaphCare would not have been part of the damage phase. However, this is also speculative and, in any event does not establish an abuse of discretion by the Court.

The Court's Order Denying the Motion for Bifurcation was not an abuse of discretion. To the extent NaphCare seeks a new trial based on that Order, Spokane County opposes that portion of the motion.

DATED this 14th day of September, 2022.

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.

/s/ John E. Justice

John E. Justice, WSBA № 23042
Attorney for Defendant Spokane County
P.O. Box 11880, Olympia, WA 98508
Phone: (360) 754-3480 Fax: 360-357-3511
Email: jjustice@lldkb.com

**DEFENDANT SPOKANE COUNTY'S OPPOSITION TO NAPHCARE'S POST-TRIAL MOTION BASED ON DENIAL OF BIFURCATION – 3**
**Cause No.: 2:20-cv-00410-MKD**

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 R.W. JOHNSON RD. TUMWATER, WA 98512
P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880
(360) 754-3480 FAX: (360) 357-3511

# CERTIFICATE OF FILING & SERVICE

I certify under penalty of perjury under the laws of the United States of America and the State of Washington that on the date specified below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which constitutes service on the following under LCivR 5(b):

| *Counsel for Plaintiff* | *Counsel for Defendant Naphcare* |
|---|---|
| Erik J. Heipt, WSBA #28113<br>Edwin S. Budge, WSBA #24182<br>Hank Balson, WSBA #29250<br>Budge & Heipt PLLC<br>808 East Roy Street<br>Seattle, WA 98102<br>erik@budgeandheipt.com<br>ed@budgeandheipt.com<br>hank@budgeandheipt.com | Ketia B. Wick, WSBA #27219<br>Erin E. Ehlert, WSBA # 26340<br>Fain Anderson VanDerhoef<br>Rosendahl O'Halloran Spillane<br>701 Fifth Avenue, Suite 4750<br>Seattle, WA 98104<br>ketia@favros.com<br>erine@favros.com<br><br>David A. Perez<br>Michelle L. Maley<br>Eric B. Wolff<br>Perkins Coie LLP<br>1201 Third Ave, Suite 4900<br>Seattle, WA 98101-3099<br>DPerez@perkinscoie.com<br>MMaley@perkinscoie.com<br>EWolff@perkinscoie.com<br><br>Christopher F. Quirk, pro hac vice<br>Edward J. McNelis, III, pro hac vice<br>Sands Anderson, PC 1111 East Main St.<br>PO Box 1998 Richmond VA 23218<br>cquirk@sandsanderson.com<br>emcnelis@sandsanderson.com |

DATED this 14th day of September, 2022, at Tumwater, WA.

*/s/ John E. Justice*
_____
John E. Justice

**DEFENDANT SPOKANE COUNTY'S OPPOSITION TO NAPHCARE'S POST-TRIAL MOTION BASED ON DENIAL OF BIFURCATION – 4**
**Cause No.: 2:20-cv-00410-MKD**

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA 98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480 FAX: (360) 357-3511*