AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 21, 2024

SEAN F. McAVOY, CLERK

ESTATE OF CINDY LOU HILL, by and through its personal representative, Joseph A. Grube,
*Plaintiff*
v.
NAPHCARE, INC., an Alabama corporation, and SPOKANE COUNTY, a political subdivision of the State of Washington,
*Defendant*

Civil Action No. 2:20-CV-00410-MKD

## SUPPLEMENTAL JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Estate's Motion and Supplemental Motion for Attorneys' Fees and Recoverable Costs, ECF Nos. 256, 343, are GRANTED in part and DENIED in part. Judgment is entered against the Defendants in the following amounts, with interest to accrue at the existing statutory judgment rate: 1) Attorneys' fees in the amount of $959,587.50 to be paid by Defendants jointly and severally; 2) Costs in the amount of $84,994.77 to be paid by Defendants jointly and severally; 3) Attorneys' fees in the amount of $350,794.75, of which $15,198.00 shall be paid by Defendants jointly and severally and $335,596.75 shall be paid by NaphCare individually; and 4) Costs in the amount of $2,654.38 to be paid by NaphCare individually.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Mary K. Dimke on a motion for Attorneys Fees and Recoverable Costs, ECF No. 256, and a Supplemental Motion for Attorneys Fees and Recoverable Costs, ECF No. 343.

Date: 6/21/2024

*CLERK OF COURT*

SEAN F. McAVOY

s/ Wendy Kirkham
*(By) Deputy Clerk*

Wendy Kirkham