FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 18, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE ESTATE OF CINDY LOU HILL, by and through its personal representative, Joseph A. Grube,<br><br>               Plaintiff,<br><br>   v.<br><br>NAPHCARE, INC., an Alabama corporation; and SPOKANE COUNTY, a political subdivision of the State of Washington,<br><br>               Defendants. | No. 2:20-CV-00410-MKD<br><br>ORDER OF DISMISSAL<br><br>**ECF No. 388** |

Before the Court is the parties' Stipulated Motion for Dismissal, ECF No. 388. The parties stipulate to the dismissal of all claims with prejudice and without an award of costs or fees. *Id.* at 1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LCivR 41(a)(1)(B), a plaintiff may dismiss an action without court order by filing

ORDER - 1

a stipulation of dismissal signed by all parties who have appeared.  The Joint Stipulation is signed by all remaining parties who have appeared.[1]

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Dismissal,  **ECF No. 388**, is **GRANTED.**

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims are **DISMISSED with prejudice**, without an award of fees or costs.

3. Any pending motions are **DENIED as moot**.

4. All hearings and other deadlines are **STRICKEN**.

**IT IS SO ORDERED.**  The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE** the file.

DATED June 18, 2025.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

---

[1] The only remaining Plaintiff in this case is the Estate of Cindy Lou Hill.  The only remaining Defendant in this case is NaphCare, Inc.  The stipulation has been signed by counsel for Estate of Cindy Lou Hill and counsel for NaphCare, Inc.

ORDER - 2